IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

JUN 30 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00676-OES

JAMES H. MAXWELL,

    Plaintiff,

v.

INTERSTATE GOURMENT [sic] COFFEE ROASTERS, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    On June 17, 2005, Plaintiff filed a "Motion to Notice." In the Motion, Plaintiff requests that the Court send to him a copy of the original Complaint that he filed in the instant action. Plaintiff's Motion shall be GRANTED. As directed in the June 3, 2005, Minute Order, the Clerk of the Court shall send to Plaintiff a copy of his original filing. The original filing is titled "Tort Complaint," which was submitted to the Court on April 6, 2005.

    Plaintiff shall have thirty days from the date of the instant Minute Order to cure the deficiencies as noted in the Court's April 12, 2005, Order. If Plaintiff fails to cure within thirty days the Complaint and action shall be dismissed without further notice.

Dated: June 30, 2005,

Copies of this **Minute Order, and a copy of the Complaint filed 4/12/05** were mailed on June 30, 2005, to the following:

James Henry Maxwell
Prisoner No. 569726
Denver County Jail
PO Box 1108
Denver, CO 80202

Secretary/Deputy Clerk